FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 11 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ua DEPUTY

IFP

HN
NO CV-71
NO CV-30

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHARLES HEAD,
  Plaintiff
    -v-
HOLLY ZEBARI,
  Defendant

No. SACV21-00459
    DOC (DFMx)

## COMPLAINT WITH JURY DEMAND

### Introduction

This is a complaint for damages arising from the torts of intentional malpractice, negligent malpractice, and breach of contract.

### Jurisdiction

1. The court has diversity jurisdiction pursuant to 28 U.S.C. Section 1332.

### Parties

2. The plaintiff, Charles Head, is a resident of the State of Pennsylvania, however, he is domiciled at

-1-

FCI Cumberland, a federal prison located in Cumberland, Maryland.

3. The defendant, Holly Zebari, was a lawyer practicing law in Orange County, California at all times relevant to this complaint. Ms. Zebari is currently a resident of the State of California.

## Facts

4. A complaint was filed in the North Justice Center charging that on or about 2-16-2006, plaintiff committed a violation of section 12280(b) PC – unlawful possession of an unregistered assault weapon (case no. 06F03761).

5. Shortly thereafter, plaintiff contacted Holly Zebari and entered into a contract whereas Ms. Zebari would render competent legal services in defense of said criminal action to plaintiff.

6. In March 2006, plaintiff met with Ms. Zebari and explained the following: that upon discharging from active duty in the U.S. Army plaintiff purchased a Intratec

AB-10 firearm with serial number A015323 sometime in 1996 or 1997 from a gun dealer in Huntington Beach; that said gun was lawfully purchased and registered; and that plaintiff was innocent of the allegations in the criminal complaint.

7. In April 2006, Ms. Zebari informed me that "no record exists of [my] firearm ever being registered in California," and advised me to enter into a plea agreement with the district attorney. I asked her if she'd personally checked the California Automated Firearms System for the registration of my AB-10 firearm with serial number A015323. Again, Holly Zebari told me that she had checked for the firearm's registration in California and "no record exists."

8. I drove to the area of the gun store in which I purchased the AB-10 firearm a decade prior but it was no longer in business. I'd lost my purchase records and, as such, had no actual evidence of my lawful purchase and registration of the AB-10 firearm.

-3-

9. Due to my lawyer, Holly Zebari's, representations of the lack of registration of my AB-10 firearm, a police report indicating the same, and the criminal complaint alleging my unlawful possession of an unregistered firearm, I assumed that there was no evidence to the contrary and changed my plea to guilty pursuant to the terms of a plea agreement.

10. I was sentenced on 4-27-2006 to 3 years of informal probation, to pay a $1,000.00 fine, and to complete 40 hours Community Service. I complied with all of the terms imposed upon me by the Court pursuant to this sentence.

11. In 2019, while reviewing information related to my present federal confinement, I discovered a statement by a probation officer in a sealed report stating, "According to the Automated Firearms System (California), the following three firearms are in the name of the defendant: .40 caliber Glock (serial No. FMB120), 9mm Glock (serial no. CRT379US) and a "Tech 9" assault weapon (serial no. A015323).

-4-

12. Plaintiff filed a motion to vacate his sentence under CA Penal Code 1473.7(a)(2) which was granted by the Superior Court of the State of California, County of Orange, on 2-19-2021, the Court finding the plaintiff "factually innocent" and with no objection by the People to plaintiff's motion to vacate. Exhibit A is a copy of the Court's minute order in case no. 06NF0855 indicating the Court dismissed said case on 2-19-2021.

13. Plaintiff was convicted in federal court in two criminal cases in the United States District Court for the Eastern District of California. See case numbers 2:08-cr-093 and 2:08-cr-116. Plaintiff's convictions were enhanced by the criminal conviction shown on his criminal record for the violation of CA Penal Code section 12280(b) for which defendant, Holly Zebari, represented him and rendered ineffective assistance as well as negligent legal assistance.

14. Plaintiff entered into a binding agreement with Holly Zebari in March 2006 in which she agreed to render competent

-5-

legal representation to plaintiff in exchange for a $15,000.⁰⁰ retainer. Holly Zebari agreed to give plaintiff competent legal representation in the defense of plaintiff's criminal complaint (case no. 06NF0855), however, as indicated above, Holly Zebari did not render competent legal representation to plaintiff as she made misrepresentations of material facts.

15. Plaintiff paid Holly Zebari a $15,000.⁰⁰ retainer to represent him and Holly Zebari failed to adequately represent him as agreed in the defense of the criminal complaint (case no. 06NF0855).

16. Plaintiff suffered the injury of three years of probation, fines, $1,000 restitution payment, 40 hours of community service, loss of 40 hours wages, additional federal prison time due to enhancements based upon the relevant state conviction (06NF0855), and restrictions on his freedom as well as ownership of property rights related to the legal malpractice indicated above by defendant Holly Zebari.

-6-

## Claims for Relief

17. Plaintiff realleges and incorporates by reference paragraphs 4-16.

18. The actions of defendant Holly Zebari in misrepresenting the material facts concerning plaintiff's gun registration, her checking the CA Automated Firearms System for plaintiff's firearm registration and advising plaintiff to plead guilty knowing she lied about her investigation of plaintiff's gun registration constitutes the tort of negligence and legal malpractice under the law of California.

19. The actions of defendant Holly Zebari in accepting a $15,000.00 retainer payment for rendering competent legal representation of plaintiff and failing to perform adequate legal representation in performance of her agreement with plaintiff constitutes the tort of breach of contract under the law of California.

20. The actions of defendant Holly Zebari in willfully misrepresenting material facts and advising plaintiff to plea guilty to a crime

-7-

in which he was innocent based upon these material misrepresentations (representations that she'd checked and found that plaintiff's firearm was never registered) constitutes the tort of intentional infliction of emotional distress under the law of California.

## Relief Requested

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Award compensatory damages against Holly Zebari for:

1. the negligence and legal malpractice described in the complaint;
2. the breach of contract described in the complaint;
3. the intentional infliction of emotional distress described in the complaint
4. the unearned $15,000.00 retainer fee paid by plaintiff to Ms. Zebari;
5. the court fees, fines, restitution, 40 hours of community service, 3 years of probation, the loss of property rights (related to plaintiff's

-8-

conviction in case no. 06NF03761), and enhanced federal sentences (in case nos. 2:08-cr-093 and 2:08-cr-116, E.D. Cal.), the actual damages plaintiff suffered as a result of Holly Zebari's above indicated actions, and lost wages.

B. Award punitive damages against Holly Zebari in the amount of $100,000.00.

C. Award any additional relief as it may appear that plaintiff is entitled.

Dated: 3/4/2021

Respectfully submitted,

CHARLES HEAD
Prisoner # 45494-112
FCI Cumberland
P.O. Box 1000
Cumberland, Md. 21501-1000

VERIFICATION

I have read the foregoing complaint and

-9-

hereby verify that the matters alleged therein are true. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Cumberland, Maryland on March 3, 2021.

*[signature]*

CHARLES HEAD

# EXHIBIT A

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

Case Number   06NF0855 F A

**People Vs HEAD, CHARLES CHRISTOPHER**

**Report Request Criteria**
1. Docket Date Range : Date filter
2. Sequnce Number Range : Sequence filter
3. Docket Category : Category filter

| Docket Dt | Seq | Text |
|---|---|---|
| 2/19/2021 | 1 | **Hearing held on 02/19/2021 at 09:30:00 AM in Department C37 for Motion Vacate Judgment.** |
| | 2 | Judicial Officer: Jonathan Fish, Judge |
| | 3 | Clerk: D. Ibarra |
| | 4 | Bailiff: E. B. Heflin |
| | 5 | Court Reporter: Andrea M Chavez |
| | 6 | Per applicable law, including Code of Civil Procedure 124, this proceeding is being live streamed as described on the Orange County Court Website. The court notes that we are currently in the COVID-19 pandemic and previous judicial orders issued in that regard. |
| | 7 | Matter heard by video. |
| | 8 | Appearance made by Matthew O. Plunkett, Deputy District Attorney, by video. |
| | 9 | Defendant not present in Court represented by Matthew Darling, Public Defender. |
| | 10 | Defendant's appearance is waived pursuant to Penal Code 977(a). |
| | 11 | Court read and considered Motion to Vacate Conviction pursuant to Penal Code section 1473.7(a)(2). |
| | 12 | No objection by People. |
| | 13 | Both parties agree that the defendant was factually innocent at the time of the plea. |
| | 14 | Motion granted. |
| | 15 | Oral motion by Petitioner to withdraw guilty plea. |
| | 16 | Motion granted. |
| | 19 | **Defendant's motion to WITHDRAW GUILTY PLEA to count(s) 1 granted.** |
| | 20 | Oral motion by Petitioner to dismiss case. |
| | 21 | No objection by People. |
| | 22 | Motion granted. |
| | 24 | Case dismissed - pursuant to Penal Code 1385 - Furtherance of justice. |
| | 25 | Court finds that the defendant is factually innocent. |
| | 26 | Certified Copy of Minute Order given to defense counsel |

Name: HEAD, CHARLES CHRISTOPHER          Case: 06NF0855 F A
Page 1 of 1                MINUTE ORDER                Report Date: 02/19/2021 10:59



CHARLES HEAD #45494-112
Federal Correctional Institution
P.O. Box 1000
Cumberland, Md. 21501-1000

Civ Int.

45494-112
Central District Court
411 W 4TH ST
ROOM 1-053
Santa ANA, CA 92701
United States
Attn: Clerk of the Court

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 11 2021
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY