Case 8:21-cv-00459-DOC-DFM   Document 35   Filed 10/07/22   Page 1 of 5   Page ID #:150

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHARLES HEAD,
  Plaintiff

-v-

HOLLY ZEBARI,
  Defendant

Civil Action No.
8:21-cv-459-DOC-DFM

MOTION FOR
DEFAULT JUDGMENT

Plaintiff, Charles Head moves the Court to enter a default judgment against defendant HOLLY ZEBARI for $150,000.00 and states:

1. A default has been entered against defendant Holly Zebari for failure to answer or appear, or otherwise defend in the above-entitled matter.

2. Defendant Zebari is not in the military service as shown by the attached declaration.

Date: 10-3-2022

CHARLES HEAD #45494112
FCI, P.O. Box 9
Mendota, CA 93640

-1-

Declaration of Charles Head

CHARLES HEAD states:

1. I am the pro se plaintiff in this action.
2. The defendant Holly Zebari has worked as a lawyer since at least April 2006 until 2020 as shown by the CA State Bar website records and my personal knowledge of Ms. Zebari.
3. Based upon the above and my previous conversations with Ms. Zebari while she served as my legal counsel, Ms. Zebari is not in the service of the United States in any branch of the military.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-7-2022

CHARLES HEAD #45474112
FCI, P.O. Box 9
Mendota, CA 93640

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

CHARLES HEAD,
Plaintiff

*(Full name, date of birth, identification #, address of movant)*

v.

HOLLY ZEBARI,
Defendant

Civil Case No.: 8:21-CV-459-DOC-DFM
*(Leave blank. To be filled in by Court.)*

## CERTIFICATE OF SERVICE

I hereby certify that on ~~September 8, 2022~~ Oct. 3, 2022, a copy of plaintiff's Motion for Default Judgment & Decl. of Charles Head was mailed via first class mail, postage prepaid, to HOLLY ZEBARI, 8941 ATLANTA AVE., #262, Huntington Beach, CA 92646.

_____
Signature

CHARLES HEAD
Printed Name

F.C.I., P.O. Box 9, Mendota, CA
Address

N/A
Telephone Number

N/A
Email Address

-1-



Charles Head #45494-112
Federal Correctional Institution
P.O. Box 9
Mendota, CA 93640

FRESNO CA 936
4 OCT 2022 PM 1 L

U.S. COURTHOUSE
411 N. FOURTH ST.
Suite 1053
Santa Ana, CA 92701-4576

DFM

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT -7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

92701-451653