# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HEAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLY ZEBARI,<br><br>　　　　Defendant. | No. SA CV 21-00459-DOC (DFM)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Granting Motion for Default Judgment, IT IS ADJUDGED that Plaintiff Charles Head shall recover from Defendant Holly Zebari the principal amount of $150,000, plus post judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Date: August 24, 2023

_[signature: David O. Carter]_

DAVID O. CARTER
United States District Judge